IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02279-BNB

DWIGHT YORK, No. 17911-054, also known as
MALACHI Z. YORK

    Petitioner,

v.

UNITED STATES OF AMERICA, and
WARDEN RON WILEY of the USP Florence A D Max of Bureau of Prison[s],

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2010

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

Petitioner, Dwight York, also known as Malachi Z. York, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. York filed *pro se* a document titled "Petition for Writ of Habeas Corpus/Mandamus Emergency Extraordinary Relief of Person in Federal Custody also Motion for Appointment of Counsel" in the United States District Court for the Southern District of Georgia (Southern District of Georgia), Brunswick Division, which the Southern District of Georgia transferred to this Court. The $5.00 filing fee is paid.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, this Court determined that the submitted petition was deficient. Therefore, on September 28, 2010, Magistrate Judge Boyd N. Boland ordered Mr. York to cure a deficiency in this action within thirty days if he wished to pursue his claims. Specifically, Mr. York was

directed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the Court-approved form. The September 28 order warned Mr. York that, if he failed to cure the designated deficiency within the time allowed, the petition and the action would be dismissed without prejudice and without further notice.

On September 29, 2010, instead of filing the § 2241 application, Mr. York filed a motion titled "Motion to Strike Petition for Writ of Habeas Corpus/Mandamus Emergency Extraordinary Relief of Person in Federal Custody Also Motion for Appointment of Counsel," in which he alleges that he did not file the habeas corpus petition in the Southern District of Georgia; an unknown person or persons did so; and he wished to strike the petition. On October 7, 2010, pursuant to an October 5, 2010 District of Georgia order, the clerk of court for the District of Georgia filed an identical copy of the motion to strike with this Court. *See* docket no. 6 and attached order.

The Court must construe the motions to strike liberally because Mr. York is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will construe the motions to strike as notices of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "the [petitioner] may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Respondents in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective

immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. See *Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that the motions titled "Motion to Strike Petition for Writ of Habeas Corpus/Mandamus Emergency Extraordinary Relief of Person in Federal Custody Also Motion for Appointment of Counsel" submitted to and filed with the Court on September 29, 2010 and October 7, 2010 are construed liberally as notices of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of September 29, 2010, the date the first notice of voluntary dismissal was filed in this action. It is

FURTHER ORDERED that the action is dismissed without prejudice. It is

FURTHER ORDERED that the clerk of the Court correct its docketing records to reflect Malachi Z. York as an alias for Dwight York.

DATED at Denver, Colorado, this _22nd_ day of _October_, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02279-BNB

Dwight York
aka Malachi York
Reg. No. 17911-054
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** the above-named individuals on 10/22/10 .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk